IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARGARET MURR,  )
      Plaintiff,  )
      v.  )   1:13cv1091 (LMB/TCB)
CAPITAL ONE BANK (USA), N.A.,  )
      Defendant.  )

ORDER

For the reasons stated in open court, defendant Capital One's Motion to Dismiss Plaintiff's Complaint [Dkt. No. 21] is GRANTED as to Count IV, DENIED as to all other counts, and it is hereby

ORDERED that Count IV of plaintiff's Class Action Complaint [Dkt. No. 1] be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15 day of November, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge