**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| MARGARET MURR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No. 1:13-cv-1091 (LMB/TCB) |

## CAPITAL ONE'S MOTION FOR SUMMARY JUDGMENT

Defendant, Capital One Bank (USA), N.A. ("Capital One"), by counsel and pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56, moves this Court for the entry of an order granting summary judgment in its favor on the claims asserted against it in Plaintiff's Complaint. The grounds and authorities in support of this motion are set forth in the accompanying Memorandum in Support of Capital One's Motion for Summary Judgment and supporting exhibits.

WHEREFORE, Defendant, Capital One Bank (USA), N.A., respectfully requests that the Court grant its Motion for Summary Judgment, enter judgment in its favor and against Plaintiff, and award all other just and equitable relief.

Respectfully submitted,

**CAPITAL ONE BANK (USA), N.A.**

/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

E-mail: mary.zinsner@troutmansanders.com
E-mail: mohsin.reza@troutmansanders.com

David N. Anthony (VSB No. 31696)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
E-mail: david.anthony@troutmansanders.com

Aaron D. Van Oort (*pro hac vice*)
Amanda J. Rome (*pro hac vice*)
Ryan J. Long (*pro hac vice*)
Peter C. Magnuson (*pro hac vice*)
Hanna L. Terhaar (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone:  (612) 766 7000
Facsimile:  612 766 1600
E-mail: aaron.vanoort@faegrebd.com
E-mail: amanda.rome@faegrebd.com
E-mail: ryan.long@faegrebd.com
E-mail: peter.magnuson@faegrebd.com
E-mail: hanna.terhaar@faegrebd.com

*Counsel for Capital One Bank (U.S.A.) N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that that on the 16th day of May, 2014, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic filing to the all registered CM/ECF users listed below:

Daniel M Cohen, Esq.
Robert J. Cynkar, Esq.
Cuneo Gilbert & LaDuca LLP (Alex)
211 North Union Street, Suite 100
Alexandria, VA 22314
(202) 789-3960
Fax: (202) 789-1813
danielc@cuneolaw.com
robertc@cuneolaw.com

Joseph P. Guglielmo, Esq. (*pro hac vice*)
Joseph D. Cohen, Esq. (*pro hac vice*)
Scott+Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
(212) 223-4478
Fax: (212) 223-6334
jguglielmo@scott-scott.com
jcohen@scott-scott.com

Timothy G. Blood, Esq. (*pro hac vice*)
Thomas J. O'Reardon II, Esq. (*pro hac vice*)
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619) 338-1100
Fax: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Luis Lorenzana, Esq. (*pro hac vice*)
Scott+Scott, Attorneys at Law, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565
Fax: (619) 233-0508
llorenzana@scott-scott.com

/s/ Mary C. Zinsner
Mary Catherine Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340
E-mail: mary.zinsner@troutmansanders.com
E-mail: mohsin.reza@troutmansanders.com

*Counsel for Capital One Bank (U.S.A.) N.A.*