RECEIVED
MAILROOM
APR 17 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1091

Ms. Sandra Korb
5445 W 152nd Ter
Leawood KS 66224-3611

KANSAS CITY MO
13 APR 2015 PM 3 L




MARSHALS SERVICE

Clerk of the Court
United ~~States~~ District Court
Eastern District of Virginia
401 Courthouse Sq
Alexandria, VA 22314

2231485704



1:13cv-1091

**From:** **sandy korb** sandy@rural-reality.com
**Subject:** Settlement in Murr v. Capital One Bank(USA),N.A.Case No.1:13-cv01091 LMB/TCB (E.D.Va)
**Date:** April 11, 2015 at 12:58 PM
**To:** Clerk of the Court

I have been notified that I am a Settlement Class Member.
I do not like this settlement as I never wrote the O% Access Check #53487 dated July 7,2013.Copy enclosed.
This check was fraudulently written on my account by another person in the amount of $3500.
However,in spite of police report and federal trade commission report regarding
this fraud ,Capital One is holding me responsible for repaying this balance check.

Sandra Korb
Phone:785-200-3266
5445 W. 152nd Terrace
Leawood,KS 66224
sandy@rural-reality.com

3 Enclosures

[signature]
4-11-15



Sandy Korb <s.korb@me.com>
July 4, 2014 12:35 PM
To: sandy korb
Brian C. Capital One Fraud Investigation

Dear Brian C,
I have followed the recommended steps regarding my fraud claim and am enclosing the documents.
The Leawood Police report is #2014-1930.
The FTC Ref. No. is# 54536809.
I am also enclosing a copy of check he wrote on my Coyote Creek account.
In addition I am enclosing a copy of check he wrote himself on my Discover account.
I had no debt on my Discover card but once he wrote himself a check he had to begin to make minimum monthly payments in order to maintain his status so it appears he wrote my account a check so that he would have money in order to make payments.Then of course he needed to make payments to Capital One and so on.
I in no way authorized Mr. Krehbiel to write access check #6098.
I never authorized Mr. Krehbiel to write any access check from any account.
I was not even aware that he had access checks in his possession.
I did not sign the check although the signature closely resembles my signature.

Sandra Korb
785-200-3266



Amount: 3,500.00

Check #: 53487

Posting Date: 07/05/2013

As of Date: 07/05/2013

Account Number: 2079900562457

Routing Number: 05310156

Description: CHECK PAID

Item Sequence Number: 5583572978

MICR Account #: 7502607719914

© Copyright 2002 - 2014 Wells Fargo. All rights reserved.

009586 / QA- 8875/FDM

CLR9634A 6056 0076 204 32 140612 PAGE 00002 OF 00002 FDCASPR 31

**LEGAL NOTICE**

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

***Para información en español, visite la página web, www.CapitalOneZeroPercentSettlement.com***

In the United States District Court
for the Eastern District of Virginia
Murr v. Capital One Bank (USA), N.A.
Case No. 1:13-CV-1091

You received this card because Capital One's records indicate you used a 0% Access Check or No Hassle Check between August 1, 2008 and January 2, 2015. A class action lawsuit alleges that Capital One breached its contracts and violated consumer fraud laws and the Truth in Lending Act by requiring certain minimum payments and charging certain interest amounts on purchases after customers used the 0% Checks. Capital One denies all allegations and has asserted many defenses. A Settlement has been proposed.

FIRST CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
PERMIT 1316
ST. CLOUD MN

CAPITAL ONE 0% CHECK SETTLEMENT
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS MN 55403-0614

Postal Service: Please do not mark barcode
Notice ID: 13821304

T373 001

SANDRA KORB
5445 W 152ND TER
OVERLAND PARK KS 66224-3611

---

CAPITAL ONE 0% CHECK SETTLEMENT
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS MN 55403-0614

NOTICE ID: 13821304

**SETTLEMENT CLASS MEMBER INFORMATION**

| Name: | | |
|---|---|---|
| Street Address or PO Box: | | |
| City: | State: | Zip Code: |
| Telephone Number: ( ) - | E-mail Address: | |

**AFFIRMATION**

I affirm that I used one or more 0% Access Checks or No-Hassle Checks on one or more Capital One credit cards in the United States from August 1, 2008, through January 2, 2015. I wish to remain in the Litigation and receive all Cash Awards for which I am determined eligible.

Signature:______________________________ Date: ______________

**CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED ONLINE BY JULY 1, 2015**
**QUESTIONS? CALL 1-855-853-4454 OR VISIT www.CapitalOneZeroPercentSettlement.com**