YOU CAN SEND THIS LETTER
TO (E.D. VA) (DISTRICT) COURT, FOR A JURY TRIAL
AT YOUR OWN COSTS, EXPENSES & INCOME,
AS SOON AS POSSIBLE, ETC
THANK YOU

MAY 7, 2015



VICTOR CAPURSO
RESIDENTIAL ADDRESS
37-40 76TH STREET
2nd FLOOR REAR ROOM
NYC, NEW YORK, NYC
CITIES OF TRANSIT,
TRANSPORTATION & TRAVEL
COUNTY OF MANHATTAN
NEW YORK MANHATTAN
COUNTY, PREVIOUS
QUEENS COUNTY,
WEST UNITED STATES
USAWIT, A'MER-I-CAN
STATES OF THE USA &
OF THE U.S.A. WIT
STATE OF NEW YORK
N.Y., POST OFFICE
JACKSON HEIGHTS, A
11372,
MAILING ADDRESS
VICTOR CAPURSO
PO BOX 720005
JACKSON HEIGHTS,
NY, 11372
TELEPHONE NUMBER
347-617 5317

CAPITAL ONE 0% CHECK SETTLEMENT
c/o DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS MN 55403-0614

RE: MURR V CAPITAL ONE BANK (USA) N.A.
     CASE NO. 1:13-CV-1091 LMB/TCB
     (E.D. VA.)

RE: "REQUEST FOR EXCLUSION"
     LETTER TO THE CLAIMS ADMINISTRATOR
     SEE, ENCLOSED STATEMENT, RE: AS A
     SETTLEMENT CLASS MEMBER, THE
     EXERCISE & EXECUTION OF EXCLUSION
     FROM THE SETTLEMENT CLASS. SEE
     PG 2.

PG. 1

PG 2

"REQUEST FOR EXCLUSION" STATEMENT

I, VICTOR CAPURSO, AS A SETTLEMENT CLASS MEMBER, DO CHOOSE TO BE EXCLUDED FROM THE SETTLEMENT CLASS; SEE, CASE NAME AND NUMBER;
MURR v CAPITAL ONE BANK (USA), N.A.
CASE NO. 1:13-CV-1091 LMB/TCB (E.D. Va.)

RE: LEGAL NOTICE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314
ATTN: CLERK OF THE COURT
&
JURY OF THE COURT
&
FEDERAL GRAND JURY OF THE COURT
&
COUNTY, LOCAL & STATE JURIES & GRAND JURIES
RE: MURR v CAPITAL ONE BANK (USA) N.A.
CASE NO. 1:13-CV-1091 LMB/TCB (E.D. Va.)
& ALL PARTIES
EG. UNITED STATES DISTRICT COURT JUDGE LEONIE M. BRINKEMA, AS IN CHARGE OF THE CLASS ACTION
EG: CLASS COUNSEL
EG: CLASS REPRESENTATIVES

PG. 2

                E.C: CAPITAL ONE BANK (USA) N.A.
                AND
                    DEFENSE COUNSEL & CLASS COUNSEL

I WANT TO THANK YOU FOR YOUR INVITATION TO PARTICIPATE IN THE ABOVE REFERENCED CLASS ACTION LAWSUIT & THE FINAL APPROVAL HEARING AS ESTABLISHED FOR JUNE 26, 2015 AT 10:00 A.M.. TO LET IT BE KNOWN THAT ON THIS HEARING DATE AND TIME, I MAY NOT CHOOSE TO APPEAR BY MYSELF & OR WITH COUNSEL, & I MAY NOT CHOOSE TO SPEAK AT THE HEARING. I CURRENTLY HAVE A CASE, INVOLVING CAPITAL ONE BANK (USA) N.A., IN PROGRESS, THAT IS A CLOSED CASE, & I AM IN RECIEPT OF ANY LEGAL NOTICE, FROM ANY OF THE COURTS MAINTAINING THE CASE, THAT I MIGHT ADD A PARTY OR PARTIES. IN CONCERNING, THIS CASE, SEE MURR V CAPITAL ONE (USA) N.A., I AM GIVING NOTICE IN THIS EXCLUSION LETTER, TO ALL PARTIES, THAT I, VICTOR CAPURSO, WILL BE COMMENCING A NEW LAWSUIT, AGAINST CAPITAL ONE BANK (USA) N.A., & ALL PARTIES TO MURR V CAPITAL ONE BANK (USA) N.A., FOR MONEY DAMAGES & ENVIRONMENTAL PROTECTION, E.G. CONSUMER-CREDIT CARD, PROTECTION, SUCH RELIEF, WILL BE SOUGHT BY A TRIAL BY JURY, THE EXERCISE OF DUE PROCESS & THE EXERCISE OF PROCEDURAL DUE PROCESS. YOU WILL BE NOTIFIED IF SUCH COMES TO PASS, & BE UNDER NOTICE, THAT IF THERE IS ANY THING THAT I CAN DO TO ASSIST YOU & YOUR LEGAL BUSINESS WITH CAPITAL ONE, PLEASE DON'T HESITATE TO NOTIFY ME, & I WILL DO MY BEST TO SETTLE YOUR DISABILITY. MY COURT OF RECORD REGARDING MYSELF & CAPITAL ONE BANK (USA) N.A., IS THE FOLLOWING: PLEASE TAKE NOTE.
SEE, PG. 4

Continued from pg. 2

United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY, 10007
ATTN: Pro Se Office
    Room 200, ATTN Pro Se Clerk
    & Court below
      Trial Jury

&

United States Court of Appeals & Trial Court
for the Second Circuit
United States Court House
Foley Square
New York, NY 10007

I want to again thank you for your time & consideration & I ask that you all remain silent reference to myself, Victor Caputo, & that all disputes & or controversies, you may have or will have, in the future, will be removed timely to a competent, skilled & impartial, full jury 12 females representing the District & 11 males, representing the state thereof, also 18 to 65, for a speedy trial, disposition settlement & conclusion by such impaneled jury, at all times, & issuance of a signed warrant, for which I must also own, such is a Federal & State, County & Local Constitutional Requirement in the current. Such of at own cost, expenses & incomes, at all times.

See
Enclosure
2 pages
Total pages — 6
in this letter

Yours truly,
Victor F. Caputo

FIRST CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
PERMIT 1316
ST. CLOUD MN

CAPITAL ONE 0% CHECK SETTLEMENT
C/O DAHL ADMINISTRATION
PO BOX 3614
MINNEAPOLIS MN 55403-0614



Postal Service: Please do not mark barcode
Notice ID: 15917675

T76 001

VICTOR CAPURSO
PO BOX 720005
JACKSON HEIGHTS NY 11372-0005

**LEGAL NOTICE**

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

*Para informacion en español, visite la página web,*
*www.CapitalOneZeroPercentSettlement.com*

In the United States District Court
for the Eastern District of Virginia
Murr v. Capital One Bank (USA), N.A.
Case No. 1:13-CV-1091

You received this card because Capital One's records indicate you used a 0% Access Check or No Hassle Check between August 1, 2008 and January 2, 2015. A class action lawsuit alleges that Capital One breached its contracts and violated consumer fraud laws and the Truth in Lending Act by requiring certain minimum payments and charging certain interest amounts on purchases after customers used the 0% Checks. Capital One denies all allegations and has asserted many defenses. A Settlement has been proposed.

Legal Notice

Legal Notice

**Am I a Member of the Settlement Class?** You are a Settlement Class Member if you used a 0% Check on your Capital One credit card in the United States from August 1, 2006, through January 2, 2015. If you received this Class Notice, Capital One's records indicate you are a Settlement Class Member and may be entitled to compensation from the Settlement.

**What Does the Settlement Provide?** At a minimum, Capital One will pay $3,125,000 in Cash Awards. Capital One has also enhanced the disclosures for its 0% Checks and has agreed to pay the costs of Class Notice, settlement administration, Class Representative service awards, and Court-approved awards of Plaintiffs' attorneys' fees and costs not to exceed $1,500,000. According to Capital One's records, you are a Category 1 Settlement Class Member with respect to Account(s) 6797.

You will automatically be sent a check for $5.50.

**Your other options.** If the proposed Settlement is approved by the Court, any legal claim you may have against Capital One related to the Grace-Period Effect or Payment-Allocation Effect from the 0% Checks will be released. If you do not wish to be bound by the terms of the Settlement, you must exclude yourself by May 12, 2015. Or, you may formally object to the Settlement by May 12, 2015. Visit the Settlement Website for information on how to do so. The Court will hold a Final Approval Hearing on June 26, 2015 at 10:00 a.m. to decide whether to approve the Settlement and a request for attorneys' fees and costs of $1,500,000 and awards of up to $9,000 total to the Class Representatives. You may but do not have to attend the hearing.

To read a more detailed description of the terms of the proposed Settlement, the full Notice and the proposed Settlement Agreement, which more fully describes your rights, visit www.CapitalOneZeroPercentSettlement.com.You can also obtain more information or request that the detailed Notice be mailed to you by calling 1-855-853-4454.



VICTOR CAPURSO
PO BOX 720000
JACKSON HEIGHTS, N.Y.
11372

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA. 22314
ATTN: Clerk of the court
ATTN: UNITED STATES DISTRICT COURT JUDGE
LEONIE M. BRINKEMA
RE: VICTOR CAPURSO VS ONE BANK (USA) N.A.
CASE NO. 1:13-CV-1091 LMB/TCB
E.D. VA.



U.S. POSTAGE
PAID
FLUSHING, NY
11372
MAY 07, 15
AMOUNT
$2.32
00114184-03