RECEIVED MAILROOM
MAY 15 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To Whom It May Concern:
May 12, 2015

My name is Charles J. Hyde, and I live at 3300 S. Tamarac Dr apt K315 Denver, CO 80231.  My phone number is

303-873-9298.  Case # is 1:13-CV-1091 LMB/TCB.

Capital One's records indicate that I am a category 1 settlement class member, with respect to the account ending in 0588 and may be entitled to compensation.

My understanding is that Capital One and Marget Murr along with David Reign have reached a settlement agreement where Marget Murr is to receive $7,500 and David Reign is going to receive $1,500.  This was worked out with the attorneys on both sides, along with Capital One and Marget Murr and David Reign.

As a category 1 settlement class member I will be receiving $5.50.  I understand that 1,800,000 members are involved in this class action suit.  For those members who do not participate the amount can go up.  My question is why aren't we all receiving the same amount.  No one ever contacted me to ask what I thought about it.  Capital One has elected to settle out of court, thus saving more money.

I think this is a travesty of justice.  Capital One is said to be paying out $3,125,000 in cash awards to its class members and $1,500,000 for fees and cost to the attorneys that number isn't even close.  It's more like $5,500,000.

I submit this letter in hopes of justice being done. I believe as settlement members we should receive more than $5.50. A good number to start with would be $500. Thanking you in advance for your consideration.

Respectively,

Charles J. Hyde



Mr Chuck Hyde
3300 S Tamarac Dr Apt K315
Denver CO 80231-7138

Clerk of the Court
US District Court
Eastern District of VA.
401 Court House Sq
Alexandria VA
22314

