IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARGARET MURR, individually and on behalf of )
all others similiarly situated, )
)
)
Plaintiff, )
) 1:13-cv-1091 (LMB/TCB)
v. )
)
CAPITAL ONE BANK (USA), N.A., )
)
Defendant.

## ORDER

The Court has received an opt-in form from Harry R. Kyzer. This form contains personal identifiers and is supposed to be sent to the Claims Administrator, not the Court. Accordingly, it is hereby

ORDERED that the Clerk promptly mail this package to Capital One 0% Check Settlement, C/O Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614.

The Clerk is directed to forward copies of this Order to claimant and counsel of record.

Entered this 2 day of July, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge